UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 224357 -- RW
August 01, 2008
15:22:00

TREASURY REFUND
95-12735
Debtor.: CRESCENT CITY CAPITAL DEVELOPM
Amount.: $12,241.19 CH
Check #.: 3025

Total -> $12,241.19

FROM: SHARP & CO.

---

SHARP & COMPANY CPA'S
A PROFESSIONAL ACCOUNTING CORP
ESCROW ACCOUNT
2439 MANHATTAN BLVD. STE 205
HARVEY, 70058

3025

PAY TO THE ORDER OF: Clerk of US Bankruptcy Court

Twelve Thousand Two Hundred Forty One Dollars and 19/100******************************DOLLARS

▲ FIRST BANK
AND TRUST
909 Poydras Street, New Orleans, Louisiana
First Bank By Phone (504) 584-5908

DATE July 31, 2008

$ 12,241.19

14-228/650

FOR Crescent City Case No. 95-12735 Unclaimed

⑈003025⑈ ⑆065002891⑆ 3600398381⑈

---

8/1/08
#12,241.19 Deposited
to 6091 Bk on 30 Creditors
(See list attached)

ls/

#95-12735
Crescent City Capitol Develop

# CRESCENT CITY CAPITAL DEVELOPMENT CORP

Case No. 95-12735

## Outstanding Checks

| Date | Check # | Payee | Address | Amount |
|---|---|---|---|---|
| | | **LOUISIANA** | | |
| 12/17/1996 | 1044 | A A AMERICAN PRESSURE CLEANING | Post Office Box 6050, Metairie, La 70009 | $ 217.50 |
| 6/20/1997 | 1835 | A TO Z OFFICE SUPPLIES | Post Office Box 6050, Metairie, La 70009 | $ 1,563.15 |
| 11/25/1997 | 1997 | A TO Z OFFICE SUPPLIES | Post Office Box 6050, Metairie, La 70009 | $ 756.99 |
| 07/31/98 | 2180 | A to Z OFFICE SUPPLIES | Post Office Box 6050, Metairie, La 70009 | $ 384.99 |
| 09/28/99 | 2348 | A to Z OFFICE SUPPLIES | Post Office Box 6050, Metairie, La 70009 | $ 670.29 |
| 11/25/96 | 1315 | ANN C. ROGERS | No address | $ 51.92 |
| 11/25/96 | 1246 | ANNA MAROLLO | No address | $ 1.00 |
| 9/28/1999 | 2361 | BOB'S SUPPLY COMPANY | Three Courthouse Sq., Chalmette, La 70043 | $ 295.22 |
| 09/28/99 | 2377 | CRESCENT CITY COACHES, INC. | 1127 Porter Street, Gretna, La 70053 | $ 215.42 |
| 11/08/02 | 2541 | GEMACO PLAYING CARD CO. | No address | $ 225.92 |
| 12/17/1996 | 1202 | HOSPITALITY SALES & MARKETING | 150 Baronne St., New Orleans, La 70112 | $ 12.00 |
| 11/25/96 | 1133 | JEFF DANOS | 615 Huey P. Long Ave., Gretna, La 70053 | $ 45.00 |
| 11/25/96 | 1094 | JOHNNIE BROWN | 111 Rue Iberville, New Orleans, La 70130 | $ 31.67 |
| 11/25/1997 | 2095 | MOSLER, INC. | 1301-C Edwards Ave., New Orleans, La 70183 | $ 109.17 |
| 11/25/96 | 1270 | NEW ORLEANS CONCIERGE ASSOCIATION | No address | $ 5.00 |
| 11/25/96 | 1367 | THE WHITEVILLE BANK | No address | $ 62.92 |
| 11/25/96 | 1113 | WOODMONT | No address | $ 12.65 |
| | | | **TOTAL LOUISIANA** | $ 4,660.81 |
| | | **CALIFORNIA** | | |
| 11/25/1997 | 2051 | GAMING SYSTEMS INTERNATIONAL | 9600 Jeronimo Road, Irvine, Ca 92718 | $ 5,440.76 |
| 11/25/96 | 1404 | WOLFGANG PUCK FOOD COMPANY | 1250 4th Street, Santa Monica, Ca 90401 | $ 1,130.09 |
| 4/3/2001 | 2525 | XEROX BUSINESS SERVICE | Customer Care Center, Santa Ana, Ca 92799 | $ 322.50 |
| | | | **TOTAL CALIFORNIA** | $ 6,893.35 |
| | | **NEW JERSEY** | | |
| 09/28/99 | 2478 | SPACEMASTER INTERNATIONAL | Post Office Box 1213-Dept. 820, Newark, NJ 07101 | $ 188.21 |
| 11/25/96 | 1398 | WICO CORPORATION | Post Office Box 1213, Neward, NJ 07101 | $ 191.98 |
| | | | **TOTAL NEW JERSEY** | $ 380.19 |
| | | **GEORGIA** | | |
| 12/17/1996 | 1403 | WOLF CAMERA & VIDEO INC. | 1706 Chantilly Dr Northeast, Atlanta, Ga 30324 | $ 306.84 |
| | | | **TOTAL GEORGIA** | $ 306.84 |
| | | | **Total** | **$12,241.19** |